# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| TOYA KENAN and MONICA COOPER, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL PAYMENTS INC., a Georgia Corporation, and TOTAL SYSTEM SERVICES, LLC, a Georgia limited liability company,<br><br>Defendants. | Civil Action File No. 4:23-cv-00089 (CDL) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

Plaintiffs, Toya Kenan and Monica Cooper, individually, and on behalf of others similarly situated ("Plaintiffs"), without opposition from Defendants, Global Payments, Inc. and Total System Services, LLC ("Defendants"), have filed a "Motion for Settlement Approval." [D.E. 103.]

The Court having reviewed the unopposed Motion for Settlement Approval, the proposed settlement "Agreement" [D.E. 103-1], other relevant filings in the record, and otherwise being fully advised in the premises, hereby finds the Agreement to be a fair and reasonable resolution of a bona fide dispute and GRANTS the Motion for Settlement Approval in its entirety.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Settlement Approval is granted in its entirety, as it resolves a bona fide dispute in all respects and complies with the requirements of 29 U.S.C. § 216 and due process of law.

IT IS FURTHER ORDERED that:

(1) Defendants shall make payments to the Named Plaintiffs, Opt-in Plaintiffs, and Plaintiffs' Counsel in the amounts set forth in the Agreement and Exhibit A to the Agreement;

(2) Defendants shall make payments to the Named Plaintiffs, Opt-in Plaintiffs, and Plaintiffs' Counsel as scheduled in the Agreement;

(3) the parties shall otherwise comply with all terms and conditions of the Agreement;

(4) this case is hereby dismissed, with prejudice, and without award of costs except as set forth in the Settlement Agreement; and

(5) the Court shall retain jurisdiction to enforce the terms of the Parties' Agreement.

IT IS SO ORDERED.

Dated: March 19, 2024

    S/Clay D. Land
Hon. Clay D. Land
United States District Court Judge