IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TOYA KENAN and MONICA COOPER. individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL PAYMENTS, INC., a Georgia Corporation, and TOTAL SYSTEMS SERVICES, LLC, a Georgia limited liability company,<br><br>Defendants. | *<br>*<br>*  Case No. 4:23-cv-89 (CDL)<br>*<br>*<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of March 2024.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk